Case 2:10-cr-00364-MCE   Document 136   Filed 04/26/18   Page 1 of 1

PROB 22 (ED/CA)
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (TRAN. COURT)
0972 2:10CR00364-002

DOCKET NUMBER (REC. COURT)
CR 18-0168

**NAME AND ADDRESS OF** ☐ PROBATIONER ☒ SUPERVISED RELEASEE

Sakander Sultan Amin

FILED
Apr 26, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| DISTRICT | DIVISION |
|---|---|
| E-CA | Sacramento |

NAME OF SENTENCING JUDGE
Morrison C. England Jr.

| DATES OF | FROM | TO |
|---|---|---|
| ☐ PROBATION ☒ SUPERVISED RELEASE | 10/30/2015 | 10/29/2020 |

OFFENSE
21 USC 846 and 841(a)(1) – Conspiracy to Distribute Over 5,000 Grams of Cocaine

ORIGINAL FILED
APR 24 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

RESTITUTION: If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

DATED: April 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

4-23-18
Effective Date

United States District Judge

CC: United States Attorney

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: MARIANNE MATHERLY
Clerk, U. S. District Court
Eastern District of California

By G. Kas
Deputy Clerk

Dated 5/2/18

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX