# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

1301 Clay Street, Suite 220S
Oakland, CA 94612-5217
TEL: (510) 637-3600
FAX: (415) 581-7420

**ANTHONY CASTELLANO**　　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES SCHLOETTER**
CHIEF U.S. PROBATION OFFICER　　　　　　　　　　　　　　　　　　. DEPUTY CHIEF U.S. PROBATION OFFICER

**AMY RIZOR**
ASSISTANT DEPUTY CHIEF U.S. PROBATION OFFICER



March 7, 2019

The Honorable James Donato
United States District Judge

　　　　　　　　　　　　　　　　**RE: Sakander Sultan Amin**
　　　　　　　　　　　　　　　　　　**Docket No. CR 18-0168 JD**
　　　　　　　　　　　　　　　　　　<u>**Travel Request**</u>

Your Honor:

On April 4, 2013, Mr. Amin was sentenced to 84 months custody and 5 years of supervised release by the Honorable Morrison C. England, Jr., in the Eastern District of California, after he pled guilty to Conspiracy to Distribute Over 5,000 Grams of Cocaine, in violation of Title 21 U.S.C., §§ 846 and 841(a)(1), a Class A felony. The following special conditions were ordered: Alcohol/drug treatment and testing; access to financial information; standard search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and DNA collection**.**

Jurisdiction was accepted in the Northern District of California on April 23, 2018.

Mr. Amin commenced supervision on October 30, 2015.  Mr. Amin has remained gainfully employed and makes himself available for meetings with the undersigned USPO.  In addition, numerous home and community contacts have been made with Mr. Amin and his family.  He has remained in compliance with the terms of supervision with the exception of unauthorized travel which the Court took judicial notice of on February 1, 2019.  All of his urinalysis tests have been negative, he submits timely monthly reports, has fulfilled his financial obligations, and consistently remains in contact with this officer.

Mr. Amin is requesting permission to travel to Cancun, Mexico, from April 13, 2019, to April 17, 2019.  Mr. Amin will be travelling with his fiancé, April Goncalves, and his parents Roian and Sultan Amin.

The undersigned officer recommends that travel be approved.

Respectfully Submitted,                                   Reviewed by:

*Constance M Cook*                                        *Michael J Primeau*

Constance M. Cook                                         Michael J. Primeau
U.S. Probation Officer                                    Supervisory U.S. Probation Officer


Travel is:

_X_ Approved
___ Denied


March 7, 2019
_____                            _____
Date                                                      James Donato
                                                          United States District Judge