# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROBATION OFFICE

1301 Clay Street, Suite 220S
Oakland, CA 94612-5217
TEL: (510) 637-3600
FAX: (415) 581-7420

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**JAMES SCHLOETTER**
DEPUTY CHIEF U.S. PROBATION OFFICER II



**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

July 8, 2019

The Honorable James Donato
United States District Judge

Re:  U.S. v. Sakander Sultan Amin
Docket No:  0971 4:18CR00168-001 JD
**INTERNATIONAL TRAVEL REQUEST**

Your Honor:

On April 26, 2012, Mr. Amin was sentenced by The Honorable Morrison C. England, Jr. in the Eastern District of California to 84 months imprisonment and 60 months supervised release, for a violation of the following:  Count 1: Conspiracy to Distribute Over 5,000 Grams of Cocaine, 21 U.S.C. §§ 846 and 841 (a)(1), a Class A Felony. The following special conditions of supervision were ordered:  alcohol treatment; drug treatment; provide access to financial information; search; register as a drug offender pursuant to state law. Supervision commenced on October 30, 2015.  Jurisdiction of this case was transferred to the Northern District of California on April 23, 2018.

A petition requesting judicial notice was filed with the court on February 1, 2019 due to Mr. Amin attempting to board a flight to Cabo San Lucas without prior approval from the court or the probation officer. The defendant also admitted to traveling outside the country to Cabo San Lucas, Mexico without permission in July 2018. Mr. Amin was advised that international travel must be approved by the court at the outset of supervision; however, he stated he did not believe this requirement was still in place. The defendant was admonished for not seeking prior approval to travel outside the country. Mr. Amin contacted the Probation Officer on June 6, 2019 to request travel to Cabo San Lucas, Mexico from July 11, 2019 through July 15, 2019; however, the undersigned requested financial documentation that had not yet been received and was required to verify the source of Mr. Amin's income.  Mr. Amin provided the required financial documentation on July 2, 2019 in accordance with the special conditions of supervised release. Mr. Amin is currently in compliance with the terms of supervised release. While the undersigned recommends that the travel request be approved in this instance, Mr. Amin has been advised that international travel would not be supported by the probation officer should he fail to submit requested documentation to the probation officer in the future.

**RE:** Amin, Sakander Sultan 2
     0971 4:18CR00168-001 JD

Respectfully submitted,

*Nico L. Humphrey (signature)*

_____
Nico Humphrey
U.S. Probation Officer

Reviewed by:

*Noel A. Belton (signature)*

Noel A. Belton
Supervisory U.S. Probation Officer

---

Travel is:
[ ]  Approved
[x]  Denied

July 8, 2019
_____
Date

*James Donato (signature)*

_____
The Honorable James Donato
United States District Judge