STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI M. FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          Hanni_Fakhoury@fd.org

Counsel for Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAKANDER SULTAN AMIN,<br><br>                    Defendant. | **Case No.:** CR 18–168 JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING STATE CASE AND SETTING STATUS CONFERENCE ON OCTOBER 14, 2020**<br><br>**Court:**           Courtroom 11, 19th Floor |

As directed by the Court, the parties submit this joint statement concerning the status of Mr. Amin's state case. *See* Dkt. 34.

Given the current COVID-19 pandemic, Mr. Amin's jury trial has been postponed. The current court dates in San Mateo County are July 28, 2020 for pretrial conference, and September 28, 2020 for jury trial.

The parties continue to ask this Court to permit the pending Form 12 proceedings in federal court to trail Mr. Amin's state court proceedings. The parties agree that the Court continues to have jurisdiction to revoke, modify or terminate Mr. Amin's supervised release term because any delay caused by the state court proceeding is "reasonably necessary" under 18 U.S.C. § 3583(i). *United*

*States v. Morales-Isabarras*, 745 F.3d 398, 402 (9th Cir. 2014); *see* Dkt. 29.  Finally, the parties request the Court set a status conference on October 14, 2020 as a control date.

Respectfully submitted,

Dated:     May 15, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
HANNI M. FAKHOURY
Assistant Federal Public Defender

Dated:     May 15, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

_____/S_____
LEAH PAISNER
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAKANDER AMIN,<br><br>Defendant. | **Case No.:** CR 18–168 JD<br><br>[PROPOSED] ORDER SETTING STATUS CONFERENCE ON OCTOBER 14, 2020<br><br>**Court:** Courtroom 11, 19th Floor |

Based on the reasons provided in the stipulation of the parties, the Court hereby sets a status conference on October 14, 2020 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: May 19, 2020

_____
HONORABLE JAMES DONATO
United States District Judge